## FRANKLIN BANK *versus* DENNIS.

In an action, upon a note, against the indorser, the maker, if released by the defendant, is a competent witness for him.

ASSUMPSIT on a note for $400, made by Seth Wood to the defendant, and by him indorsed to plaintiffs, waiving demand and notice.

The defendant called Wood, as a witness, to prove payment to the plaintiffs. He was objected to by the plaintiffs, and was then released by the defendant. The plaintiff still objected, because he was a party to the note; but he was admit-

State *v.* Brown.

ted, and testified that he paid the note, at its maturity, to Hiram Stevens, the cashier, who is now deceased.

The trial was before HOWARD, J. The verdict was for the defendant, and the plaintiffs excepted.

*Allen*, for plaintiffs.

*Evans*, for defendant.

WELLS, J., orally. — If the verdict had been against the defendant, he could have had no right to recover against Wood, because he had given him a release. Wood therefore had no interest, and was properly admitted.

*Exceptious overruled.*